# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| DAJUAN ANTONIO WILLIAMS, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | )  CIVIL NO. 2:19-CV-224-DBH |
| | ) |
| CUMBERLAND COUNTY JAIL, ET AL., | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER OF DISMISSAL

The plaintiff has failed to respond to the Order to Show Cause of October 17, 2019, and has failed to provide this Court with an address where he can be reached.

Therefore, his lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED.**

**DATED THIS 8TH DAY OF NOVEMBER, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**